Decided March 5, 2009

WILLIAM A. STUART ET AL. *v.* KENNETH J. STUART, JR., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 112 Conn. App. 160 (AC 25642), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's application of the 'clear and convincing' standard of proof to claims brought pursuant to General Statutes § 52-564?"

VERTEFEUILLE and MCLACHLAN, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18324.

*Sandra J. Akoury*, in support of the petition.

*William F. Gallagher*, in opposition.

Decided March 5, 2009